ISRAEL RAMER, APPELLANT, v. PEOPLES BANK AND TRUST COMPANY, RESPONDENT.

Submitted May 28, 1937—Decided September 22, 1937.

For the appellants, *Aaron Heller*.

For the respondent, *Henry C. Whitehead*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, BODINE, DONGES, DEAR, WELLS, WOLFSKEIL, COLE, JJ. 10.

*For reversal*—HEHER, RAFFERTY, JJ. 2.